# Court of Appeals
# of the State of Georgia

ATLANTA,  October 31, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0475.  GLOBAL BUILDERS GEORGIA, INC. v. ROBERT JOE CROSS.**

Global Builders Georgia, Inc. filed a civil action in magistrate court.  The magistrate court entered judgment in its favor, but Global Builders Georgia, Inc., nonetheless filed a notice of appeal in superior court.  The superior court dismissed the appeal on the ground that Global Builders Georgia lacked standing to appeal a judgment in its favor.  Global Builders Georgia then filed its notice of appeal to this Court.  We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Global Builders Georgia has failed to comply with the discretionary appeal procedure, which deprives us of jurisdiction.  Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/31/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*